# UNITED STATES DISTRICT COURT
for the

District of Maryland

JUL 11 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Paul Anthony Luongo, | ) Case No. 19-mj-2302 CBD | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 2019 - March 2019 in the county of Anne Arundel in the _____ District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

TFO Ryan Street/DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 11, 2019

_____
Judge's signature

City and state: Greenbelt, Maryland

Charles B. Day, US Magistrate Judge
*Printed name and title*